[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 03-15095
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 20, 2004
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-01008-CV-T-N

DAVID LARRY NELSON,

Plaintiff-Appellant,

versus

DONAL CAMPBELL, in his individual
and official capacity as Commissioner of
the Alabama Department of Corrections,
GRANTT CULLIVER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(July 20, 2004)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

Nelson filed a complaint in the district court.  The district court dismissed the complaint for lack of jurisdiction.  We affirmed.  Nelson v. Campbell, 347 F.3d 910 (11th Cir. 2003).  The Supreme Court granted certiorari, 540 U.S. 1046, 124 S.Ct. 835 (2003).  Later, the Supreme Court reversed and remanded for further proceedings consistent with its opinion.  541 U.S. ___, 124 S. Ct. 2117 (May 24, 2004).

Accordingly, the judgment of the district court is reversed and the case is remanded to the district court for proceedings consistent with the opinion of the Supreme Court.

REVERSED and REMANDED.